NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERREL ALLEN LEWIS,                    )
                                       )
        Appellant,                     )
                                       )
v.                                     )       Case No. 2D17-4760
                                       )
STATE OF FLORIDA,                      )
                                       )
        Appellee.                      )
                                       )
_____)

Opinion filed October 19, 2018.

Appeal from the Circuit Court for Pinellas
County; William H. Burgess, III, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, CASANUEVA, and BADALAMENTI, JJ., Concur.